# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

In re:
ARANZAZU VALLADARES        Case No.: 17-13354-AJC
                           Chapter 13

    Debtors.
_____/

## MOTION TO ALLOW PAYOFF OF BANKRUPTCY CASE AND CERTIFICATE OF SERVICE OF COURT GENERATED NOTICE OF HEARING

COMES NOW the Debtor, ARANZAZU VALLADARES, by and through the undersigned attorney, and moves this court to allow the debtor to payoff bankruptcy plan and would state as follows:

1. The Debtor is current under the presently confirmed plan and is asking the Court to allow the payoff the debtor's bankruptcy case.

2. The Debtor is below median income as of the date of the filing of the case and are therefore required to be in a Chapter 13 proceeding for 36 months from the date of the filing of the case. The Debtor is presently in month 45 of the plan.

3. The Debtor would like to utilize the proceeds from the sale of her homestead in December, 2019 (SEE ECF 75 - Order Granting Motion to Approve Sale) to payoff the remainder of the plan payments to receive her discharge.

4. No creditor would be prejudiced in that the Debtors has paid a substantial amount into the plan, and is utilizing exempt funds to payoff the case.

WHEREFORE, the Debtor prays that this court grant the relief requested based on the aforementioned grounds.

**CERTIFICATE OF SERVICE**

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1.

I hereby certify that a copy of the foregoing Motion and Notice of Hearing subsequently generated by the court after the filing of the instant motion was served in the manner described below, on   December 1, 2020  , upon:

<u>Via CM/ECF:</u>
Elizabeth W Eckhart on behalf of Creditor Nationstar Mortgage LLC
eeckhart@logs.com, LOGSECF@logs.com

Nancy K. Neidich
e2c8f01@ch13miami.com, ecf2@ch13miami.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Harry J Ross, Esq on behalf of Mediator Harry J Ross
hross@hjrlaw.com, jerri@hjrlaw.com

Lindsey Savastano on behalf of Creditor Nationstar Mortgage LLC
LSavastano@flwlaw.com, NJackson@flwlaw.com

<u>Via US Mail</u>:
All other parties of record on the matrix attached hereto as Exhibit A.

      *Law Offices of*
      **NOWACK & OLSON, PLLC**
      Attorney for Debtor(s)
      8551 Sunrise Blvd., Suite 208
      Plantation, FL 33322
      **(954) 349-2265**

      /s/ Christian J. Olson
      **CHRISTIAN J. OLSON, ESQ.**
      Florida Bar Number: 121436