| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-1<br>Case 17-13354-AJC<br>Southern District of Florida<br>Miami<br>Thu May 11 16:54:01 EDT 2017 | Nationstar Mortgage LLC<br>c/o Lindsey Savastano<br>Shapiro, Fishman & Gache, LLP<br>2424 North Federal Highway<br>Suite 360<br>Boca Raton, FL 33431-7701 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| (p)AMERICAN HONDA FINANCE<br>P O BOX 168088<br>IRVING TX 75016-8088 | Amex<br>Po Box 297871<br>Fort Lauderdale, FL 33329-7871 | Cap1/bstby<br>26525 N Riverwoods Blvd<br>Mettawa, IL 60045-3440 |
| Capital One<br>Po Box 30253<br>Salt Lake City, UT 84130-0253 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | Chase Card<br>P.o. Box 15298<br>Wilmington, DE 19850-5298 |
| Citi<br>Po Box 6241<br>Sioux Falls, SD 57117-6241 | Dsnb Macys<br>9111 Duke Blvd<br>Mason, OH 45040-8999 | First Premier Bank<br>3820 N Louise Ave<br>Sioux Falls, SD 57107-0145 |
| Internal Revenue Service*<br>POB 7346<br>Philadelphia, PA 19101-7346 | (p)NATIONSTAR MORTGAGE LLC<br>PO BOX 619096<br>DALLAS TX 75261-9096 | Nationstar Mortgage<br>C/O Shapiro, Fishman, & Gache, LLP<br>2424 North Federal HIghway, Ste 360<br>Boca Raton, FL 33431-7780 |
| Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Portfolio Recovery Ass<br>287 Independence<br>Virginia Beach, VA 23462-2962 | Sears/cbna<br>Po Box 6283<br>Sioux Falls, SD 57117-6283 |
| Syncb/brandsmart<br>C/o Po Box 965036<br>Orlando, FL 32896-0001 | Syncb/brmart<br>C/o Po Box 965036<br>Orlando, FL 32896-0001 | Syncb/carcare One<br>C/o Po Box 965036<br>Orlando, FL 32896-0001 |
| Syncb/jcp<br>Po Box 965007<br>Orlando, FL 32896-5007 | Syncb/sams<br>Po Box 965005<br>Orlando, FL 32896-5005 | Syncb/sams Club Dc<br>Po Box 965005<br>Orlando, FL 32896-5005 |
| Syncb/tydc<br>Po Box 965005<br>Orlando, FL 32896-5005 | Syncb/walmar<br>Po Box 965024<br>Orlando, FL 32896-5024 | Syncb/walmart<br>Po Box 965024<br>Orlando, FL 32896-5024 |
| Syncb/walmart Dc<br>Po Box 965024<br>Orlando, FL 32896-5024 | Thd/cbna<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 | Aranzazu I Valladares<br>10911 SW 242 St<br>Homestead, FL 33032-5141 |

| | | |
|---|---|---|
| Harry J Ross<br>6100 Glades Rd #211<br>Boca Raton, FL 33434-4371 | Mitchell J. Nowack Esq.<br>8551 Sunrise Blvd #208<br>Plantation, FL 33322-4007 | Nancy K. Neidich<br>www.ch13herkert.com<br>POB 279806<br>Miramar, FL 33027-9806 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| American Honda Finance<br>Po Box 1027<br>Alpharetta, GA 30009 | Capital One Bank Usa N<br>15000 Capital One Dr<br>Richmond, VA 23238 | Nationstar Mortgage<br>350 Highland DR<br>Lewisville, TX 75067 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Miami

End of Label Matrix
Mailable recipients     32
Bypassed recipients      1
Total                   33