

ORDERED in the Southern District of Florida on December 16, 2020.

A. Jay Cristol, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:
ARANZAZU VALLADARES                    Case No.: 17-13354-AJC
                                       Chapter 13
        Debtor.
_____/

### ORDER GRANTING MOTION TO ALLOW PAYOFF OF BANKRUPTCY CASE (ECF 78)

THIS CAUSE came to be heard on December 15, 2020 upon the Debtor's Motion to Allow Payoff of Bankruptcy Case (ECF 78). Based upon the record and with no party having appeared in opposition, it is ORDERED as follows:

1. The Debtor's Motion to Allow Payoff of Bankruptcy Case is GRANTED.

2. The Debtor is authorized to payoff the Chapter 13 Plan.

3. The amount necessary to complete the Debtor's Chapter 13 Plan is $1,872.00.

###

Submitted by:
Christian J. Olson, Esq.
NOWACK & OLSON, PLLC
8551 Sunrise Blvd., Suite 208
Plantation, FL 33322
(954) 349-2265

Copies furnished to:

Debtor's Attorney Olson is directed to mail a conformed copy of this Order to all interested parties immediately upon receipt.